UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a
Washington corporation,

                 Plaintiff,

    v.

SHAHZAD SHAHNAWAZ; OVE
LUNDBERG; and CERTIFICATION
TRENDZ, LTD., a foreign corporation,
d/b/a TESTKING,

                 Defendants.

No.

COMPLAINT

Plaintiff Microsoft Corporation, by and through its undersigned attorneys, alleges as follows:

**<u>INTRODUCTION</u>**

1.      This is an action by Microsoft Corporation ("Microsoft") to recover damages and obtain injunctive and other relief arising from infringements of Microsoft's copyrights and breaches of a settlement agreement by Shahzad Shahnawaz and Certification Trendz, Ltd. ("defendants"). These claims arise out of defendants' unlawful reproduction and distribution of Microsoft Certification Exams, and questions and answers contained therein. Microsoft further seeks specific performance from nominal defendant Ove Lundberg.

COMPLAINT – Page 1

**⫴**
YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**PARTIES**

2.      Plaintiff Microsoft Corporation is a Washington corporation with its principal place of business in Redmond, Washington.

3.      Defendant Shahzad Shahnawaz is a citizen of Pakistan.  Shahnawaz owns and controls defendant Certification Trendz, Ltd. and personally participated in and/or had the right and ability to supervise, direct and control Certification Trendz, Ltd.'s wrongful conduct alleged in this Complaint, derived direct financial benefit from that wrongful conduct, and is personally liable for that wrongful conduct.

4.      Ove Lundberg is a citizen of Sweden.  Upon information and belief, Lundberg was and is an employee or agent of Shahnawaz and Certification Trendz, Ltd., and in that capacity registered certain domain names owned and controlled by Shahnawaz and Certification Trendz, Ltd.  Lundberg was and is the registered administrative and/or technical contact for domain names owned and controlled by Shahnawaz and Certification Trendz, Ltd.  Lundberg is joined in this action as a nominal defendant for purposes of carrying out the specific performance and other relief sought in this Complaint.

5.      Defendant Certification Trendz, Ltd., doing business as "Testking," is a company formed and operated under the laws of the United Kingdom.  Certification Trendz is owned and controlled by Shahnawaz and, among other things, functions as a shell company through which Shahnawaz processes proceeds derived from defendants' unlawful reproduction and distribution of Microsoft Certification Exams and transfers those proceeds to Pakistan.

**JURISDICTION AND VENUE**

6.      This Court has subject matter jurisdiction over Microsoft's claim for copyright infringement pursuant to 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Microsoft's claim

COMPLAINT – Page 2

1  arising from defendants' breaches of the March 2007 Settlement Agreement because that

2  claim is so related to Microsoft's claim for copyright infringement that it forms part of the

3  same case or controversy and derives from a common nucleus of operative facts.

4        7.     Additionally, this Court has original jurisdiction over Microsoft's claims

5  pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value

6  of $75,000, exclusive of interest and costs, and is between a Washington corporation and

7  citizens or subjects of foreign states.

8        8.     This Court has personal jurisdiction over defendants and nominal defendant

9  Lundberg because they have conducted business activities in and directed to Washington,

10  are primary participants in tortious acts in and directed to Washington, have used personal

11  property in Washington and have purposely availed themselves of the opportunity to

12  conduct commercial activities in this state.  Additionally, this Court has personal

13  jurisdiction pursuant to Federal Rule of Civil Procedure 4(k)(2).

14        9.     Additionally, this Court has personal jurisdiction over defendants and

15  nominal defendant Lundberg because they consented to jurisdiction in the Stipulated

16  Permanent Injunction and the Order entered thereon in *Microsoft Corp. v. Shahzad*

17  *Shahnawaz, et al.*, No. C 06-1116 JLR, and in the March 2007 Settlement Agreement with

18  Microsoft.

19        10.    Venue is proper in the Western District of Washington pursuant to 28 U.S.C.

20  §§ 1391(b), 1391(d) and 1400(a).  Additionally, venue is proper because defendants and

21  nominal defendant Lundberg consented to venue in the Stipulated Permanent Injunction and

22  the Order entered thereon in *Microsoft Corp. v. Shahzad Shahnawaz, et al.*, No. C 06-1116

23  JLR, and in the March 2007 Settlement Agreement with Microsoft.

24

25

26

COMPLAINT – Page 3

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## MICROSOFT CERTIFICATION PROGRAMS

11.     Microsoft is in the business of, among other things, certifying the competency of individuals engaged in various fields of the information technology industry. To that end, Microsoft publishes Certification Exams with respect to the following Certification Programs offered by Microsoft: (1) Microsoft Certified Technology Associate, (2) Microsoft Certified Technical Specialist, (3) Microsoft Certified IT Professional, (4) Microsoft Certified Professional Developer, (5) Microsoft Certified Master, (6) Microsoft Certified Architect, (7) Microsoft Certified Desktop Support Technician, (8) Microsoft Certified Systems Administrator, (9) Microsoft Certified Systems Engineer, (10) Microsoft Certified Application Developer, (11) Microsoft Certified Solution Developer, (12) Microsoft Certified Database Administrator, (13) Microsoft Office Specialist, (14) Microsoft Certified Trainer, (15) Microsoft Certified Professional, and (16) Microsoft Certified Learning Consultant (collectively, "the Microsoft Certification Programs").

12.     The purposes of the Microsoft Certification Programs are to set an industry wide, worldwide recognized standard of basic competency levels in various fields of the information technology industry; to maximize efficiency in recruiting, hiring, training, and promoting employees; to help fill the needs of today's information technology workforce by providing individuals with skills in demand; and to provide industry educators with the standards necessary to prepare individuals to meet the job requirements of the current industry.

13.     In order to become certified under the Microsoft Certification Programs, a candidate must pass the required Certification Exams published by Microsoft.  Microsoft owns and offers as part of its Certification Programs more than 50 Certification Exams. Each Certification Exam is an original work of authorship fixed in a tangible medium of expression by Microsoft.

COMPLAINT – Page 4

**Iii**
YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

14.     Microsoft employs multiple means to protect its proprietary and other rights in its Certification Exams.  For example, Microsoft protects its Certification Exams by requiring certified professionals to agree to a Non-Disclosure Agreement.  Individuals who pass the necessary Certification Exams are eligible to designate themselves as Microsoft Certified Professionals ("MCPs").  Before an individual may use the MCP designation, he or she must agree to the Microsoft Certified Professional Program Agreement, which identifies the Certification Exams as Microsoft's trade secrets and prohibits, among other things, unauthorized disclosure or distribution of Certification Exam materials.

15.     Microsoft further protects its Certification Exams by registering its copyrights therein with the United States Copyright Office utilizing a secure filing procedure in compliance with the Copyright Act, 17 U.S.C. § 101, *et seq*., and Copyright Office Regulations.  The Certification Exams in which Microsoft holds valid copyrights include the following:

a.     Microsoft holds a valid copyright in a Certification Exam known as Microsoft Exam 70-236:  TS:  Exchange Server 2007, Configuring – Second Edition ("Microsoft Exam 70-236").  A true and correct copy of the Registration Certificate for Microsoft Exam 70-236, bearing number TX 6-895-522, is attached as Exhibit 1 and is incorporated by reference.

b.     Microsoft holds a valid copyright in a Certification Exam known as Microsoft Exam 70-270:  Installing, Configuring and Administering Microsoft XP Professional ("Microsoft Exam 70-270").  A true and correct copy of the Registration Certificate for Microsoft Exam 70-270, bearing number TX 5-790-349, is attached as Exhibit 2 and is incorporated by reference.

c.     Microsoft holds a valid copyright in a Certification Exam known as Microsoft Exam 70-290:  Managing and Maintaining a Microsoft Windows Server 2003 Environment ("Microsoft Exam 70-290").  A true and correct copy of the

COMPLAINT – Page 5

1  Registration Certificate for Microsoft Exam 70-290, bearing number TX 5-822-904,

2  is attached as Exhibit 3 and is incorporated by reference.

3        d.     Microsoft holds a valid copyright in a Certification Exam known as

4  Microsoft Exam 70-291:  Implementing, Managing and Maintaining a Microsoft

5  Windows Server 2003 Network Infrastructure ("Microsoft Exam 70-291").  A true

6  and correct copy of the Registration Certificate for Microsoft Exam 70-291, bearing

7  number TX 5-822-902, is attached as Exhibit 4 and is incorporated by reference.

8        e.     Microsoft holds a valid copyright in a Certification Exam known as

9  Microsoft Exam 70-293:  Planning and Maintaining a Microsoft Windows Server

10  2003 Network Infrastructure ("Microsoft Exam 70-293").  A true and correct copy

11  of the Registration Certificate for Microsoft Exam 70-293, bearing number TX 5-

12  822-900, is attached as Exhibit 5 and is incorporated by reference.

13        f.     Microsoft holds a valid copyright in a Certification Exam known as

14  Microsoft Exam 70-294:  Planning, Implementing and Maintaining a Microsoft

15  Windows Server 2003 Active Directory Infrastructure ("Microsoft Exam 70-294").

16  A true and correct copy of the Registration Certificate for Microsoft Exam 70-294,

17  bearing number TX 5-822-903, is attached as Exhibit 6 and is incorporated by

18  reference.

19        g.     Microsoft holds a valid copyright in a Certification Exam known as

20  Microsoft Exam 70-431:  TS:  Microsoft SQL Server 2005 – Implementation and

21  Maintenance ("Microsoft Exam 70-431").  A true and correct copy of the

22  Registration Certificate for Microsoft Exam 70-431, bearing number TX 6-309-888,

23  is attached as Exhibit 7 and is incorporated by reference.

24        h.     Microsoft holds a valid copyright in a Certification Exam known as

25  Microsoft Exam 70-443:  PRO:  Designing a Database Server Infrastructure by

26  Using Microsoft SQL Server 2005 ("Microsoft Exam 70-443").  A true and correct

COMPLAINT – Page 6

1   copy of the Registration Certificate for Microsoft Exam 70-443, bearing number TX

2   6-311-496, is attached as Exhibit 8 and is incorporated by reference.

3         i.    Microsoft holds a valid copyright in a Certification Exam known as

4   Microsoft Exam 70-528:  TS:  Microsoft NET Framework 2.0 – Web-based Client

5   Development ("Microsoft Exam 70-528").  A true and correct copy of the

6   Registration Certificate for Microsoft Exam 70-528, bearing number TX 6-399-396,

7   is attached as Exhibit 9 and is incorporated by reference.

8         j.    Microsoft holds a valid copyright in a Certification Exam known as

9   Microsoft Exam 70-620:  TS:  Microsoft Windows Vista, Configuring ("Microsoft

10   Exam 70-620").  A true and correct copy of the Registration Certificate for

11   Microsoft Exam 70-620, bearing number TX 6-599-533, is attached as Exhibit 10

12   and is incorporated by reference.

13         k.    Microsoft holds a valid copyright in a Certification Exam known as

14   Microsoft Exam 70-622:  Pro: Microsoft Desktop Support - Enterprise ("Microsoft

15   Exam 70-622").  A true and correct copy of the Registration Certificate for

16   Microsoft Exam 70-622, bearing number TX 6-596-099, is attached as Exhibit 11

17   and is incorporated by reference.

18       16.    Microsoft further protects its Certification Exams by utilizing other

19   technological measures to control access to the exams and grants access to the exams only

20   to those individuals authorized by Microsoft.  These technological measures effectively

21   protect Microsoft's exclusive right of reproduction and distribution of the exams.

22   **PRIOR LAWSUIT**

23       17.    Microsoft previously sued Shahnawaz, Lundberg and Certification Trendz

24   for copyright infringement and other claims, *Microsoft Corp. v. Shahzad Shahnawaz, et al.*,

25   No. C 06-1116 JLR (United States District Court, Western District of Washington).

26   Microsoft alleged that defendants were actively engaged in the unlawful reproduction and

COMPLAINT – Page 7

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

distribution of Microsoft Certification Exams through multiple websites owned and controlled by them.  The domain testking.com is the most prominent and well known of defendants' websites.  A partial list of domain names owned and controlled by defendants is attached as Exhibit 12.

18.    As set forth above, Microsoft employs multiple measures to protect the confidentiality of its Certification Exams and, because they are securely filed, not even the Copyright Office or the Library of Congress maintains copies of these works.  Despite those controls, defendants misappropriated Microsoft Certification Exams from unknown sources and were reproducing and distributing actual questions and answers as self-proclaimed "study guides," which defendants made available to the public, for significant fees, on their testking.com and related websites.

19.    In or about March 2007, Microsoft and defendants executed a confidential Settlement Agreement ("Settlement Agreement") that resulted in a dismissal of the prior litigation.  Pursuant to the Settlement Agreement, defendants agreed to cease and refrain from reproducing or distributing Microsoft Certification Exams, or any portion thereof, and from infringing any of Microsoft's copyrights or intellectual property rights to its Certification Exams.

20.    By Order dated April 5, 2007, United States District Judge James L. Robart entered a Stipulated Permanent Injunction ("Permanent Injunction") submitted by the parties pursuant to the terms of the Settlement Agreement.  That Permanent Injunction enjoined defendants from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

a.    registering for or subscribing to any Microsoft Certification Programs in the future;

COMPLAINT – Page 8

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

b.      copying, using, marketing, selling, distributing, publishing, reproducing, disseminating, offering or otherwise transferring in any way any actual Microsoft Certification Exam, or any portion thereof;

c.      infringing any of Microsoft's intellectual property rights to its Certification Exams, including but not limited to, by directly or indirectly owning or operating any Internet website at which infringing materials are sold or made available or by knowingly aiding or abetting infringement by others of Microsoft's intellectual property rights to its Certification Exams; and

d.      infringing any of Microsoft's Registered Trademarks, Servicemaks, or Copyrights or knowlingly aiding or abetting infringement by others of Microsoft's Registered Trademarks, Servicemarks, or Copyrights.

21.     The Settlement Agreement provided specific remedies in the event of a breach by defendants.  Those remedies included an assignment to Microsoft of defendants' domain names listed in Exhibit 12 in the event of an uncured material breach of the Settlement Agreement, occurring within three years of the execution of that agreement, and as determined by the United States District Court.

22.     To preserve the remedies specified in the Settlement Agreement, the Permanent Injunction submitted by the parties and entered by Judge Robart included the following restraints on transfers of defendants' domain names:

> For a period of three years from entry of this Order, Defendants shall not transfer the domain names listed on [Exhibit 12] from their current registrar, Enom, Inc.  Any and all domain name registrars, including but not limited to Enom, Inc., are hereby directed to prevent transfer of those domain names to another domain name registrar during this three year period.

23.     Expiration of the three-year term in the Settlement Agreement has been extended to October 31, 2010, pursuant to the terms of a tolling agreement between the parties.

COMPLAINT – Page 9

## DEFENDANTS' UNLAWFUL CONDUCT

24.     Subsequent to the execution of the Settlement Agreement and entry of the Permanent Injunction, and continuing to the present, defendants have engaged in the unlawful reproduction and distribution of Microsoft Certification Exams, in violation of the Copyright Act and the Settlement Agreement.

25.     In or about September 2008, Microsoft obtained and examined purported study materials available on defendants' websites.  Microsoft compared the study materials to Microsoft Certification Exams, and determined that the materials available on defendants' websites were word-for-word copies of Microsoft Certification Exams, in violation of the Copyright Act and the parties' Settlement Agreement.

26.     Additionally, Microsoft learned that defendants were supplying third parties with purported study materials that infringed Microsoft's copyrights and intellectual property rights.  On information and belief, defendants were selling or distributing the infringing materials to third parties in an effort to cover up their violations of the Permanent Injunction and the parties' Settlement Agreement.

27.     On or about September 30, 2008, Microsoft's counsel notified defendants in writing of their violations of the Permanent Injunction and the Settlement Agreement.

28.     On or about October 7, 2008, defendants' counsel responded to Microsoft and claimed that defendants had removed the infringing materials from their websites. Defendants' counsel further denied that defendants had supplied infringing materials to any third parties.

29.     In or about early December 2009, Microsoft conducted further examination of purported study materials available on defendants' websites.  Microsoft compared the study materials to Microsoft Certification Exams, and again determined that the materials available on defendants' websites included word-for-word copies of portions of Microsoft

COMPLAINT – Page 10

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  Certification Exams, or were substantially similar to Microsoft Certification Exams, in

2  violation of the Copyright Act and the parties' Settlement Agreement.

3       30.     On or about December 16, 2009, Microsoft's counsel again notified

4  defendants in writing of their violations of the Permanent Injunction and the Settlement

5  Agreement.  Microsoft demanded that defendants immediately cease and desist from

6  infringing any Microsoft works, and further demanded that defendants comply within 14

7  days.

8       31.     On or about December 31, 2009, defendants' counsel responded that

9  Certification Trendz "represent[ed] that it is not [in] breach or violation of the Settlement

10  Agreement with Microsoft and that Certification Trendz is not infringing any Microsoft

11  works."

12       32.     On or about March 1, 2010, Microsoft's counsel notified defendants in

13  writing that Microsoft had further evidence of their continuing violations of the Permanent

14  Injunction and the Settlement Agreement and, accordingly, that defendants had failed to

15  comply with Microsoft's December 16, 2009 demand that they immediately cease and

16  desist from infringing any Microsoft works.  Microsoft further demanded that defendants

17  cure all breaches within 14 days by ceasing their infringing activity.

18       33.     In or about March 2010, Microsoft obtained and examined six purported

19  practice exams available on defendants' websites.  Microsoft compared the practice exams

20  to Microsoft Certification Exams, and determined that the materials available on

21  defendants' websites included word-for-word copies of portions of Microsoft Certification

22  Exams, or were substantially similar to Microsoft Certification Exams, in violation of the

23  Copyright Act and the parties' Settlement Agreement.

24       34.     In or about April 2010, Microsoft obtained and examined an additional

25  practice exam available on defendants' websites.  Microsoft compared the practice exam to

26  Microsoft Certification Exams, and determined that the materials available on defendants'

COMPLAINT – Page 11

websites included word-for-word copies of portions of Microsoft Certification Exams, or were substantially similar to Microsoft Certification Exams, in violation of the Copyright Act and the parties' Settlement Agreement.

35.     On or about April 27, 2010 and May 4, 2010, Microsoft's counsel notified defendants of their continuing violations of the Permanent Injunction and the Settlement Agreement, and provided proof of infringing materials that were available on defendants' websites.  Microsoft demanded that defendants immediately cease and desist from infringing any Microsoft works.

36.     In or about May 2010, Microsoft obtained and examined an additional practice exam available on defendants' websites.  Microsoft compared the practice exam to Microsoft Certification Exams, and determined that the materials available on defendants' websites included word-for-word copies of portions of Microsoft Certification Exams, or were substantially similar to Microsoft Certification Exams, in violation of the Copyright Act and the parties' Settlement Agreement.

37.     On or about May 14, 2010, Microsoft's counsel again notified defendants of their continuing violations of the Permanent Injunction and the Settlement Agreement. Microsoft demanded that defendants immediately cease and desist from infringing any Microsoft works.  Upon information and belief, those and other violations of the Permanent Injunction and the parties' Settlement Agreement remain uncured by defendants.

38.     Defendants have further breached their obligations under the parties' Settlement Agreement by failing to fully comply with the audit provisions set forth therein. On multiple occasions Microsoft was denied password access to study materials available on defendants' websites, in contravention of the defendants' agreement in the Settlement Agreement to make all study materials available to Microsoft for a period of five years.

COMPLAINT – Page 12

39.     Microsoft's counsel repeatedly notified defendants of these breaches of the parties' Settlement Agreement.  Despite that notice, defendants have failed to fully and properly cure their violations.

40.     In consideration of defendants' repeated violations of the Permanent Injunction and breaches of their obligations under the parties' Settlement Agreement, and defendants' failure to cure those breaches, Microsoft seeks specific performance of the contractual remedies authorized in the parties' Settlement Agreement, including an order directing nominal defendant Lundberg and others to immediately transfer to Microsoft the domain names listed in Exhibit 12 and any other domain names used by defendants in breach of the Settlement Agreement.  Microsoft further seeks to recover damages and other relief available under the Copyright Act and state law, as well as its reasonable attorney's fees and costs.

## FIRST CAUSE OF ACTION

### Copyright Infringement, 17 U.S.C. § 501, *et seq.*

### (Shahnawaz and Certification Trendz)

41.     Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 40 above.

42.     Microsoft is the author, creator, and owner of the right, title and interest in Microsoft Certification Exams, including the copyrights evidenced by the Registration Certificates attached as Exhibits 1 through 11.

43.     Defendants willfully infringed Microsoft's copyrights by reproducing and distributing, without any authorization from Microsoft, infringing copies of Microsoft Certification Exams and/or making other infringing use of Microsoft Certification Exams in the United States of America.

44.     Microsoft never authorized defendants to copy or duplicate or license any of the Certification Exams, either in whole or in part, or to offer for sale or sell, or offer access

COMPLAINT – Page 13

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

to, any copies of its Certification Exams or individual test questions or answers appearing thereon.

45.     As a result of the foregoing activities, defendants are liable to Microsoft for willful infringement under 17 U.S.C. §501, *et seq.*

46.     Microsoft has suffered and will continue to suffer, substantial and irreparable damage to its business reputation and goodwill, as well as losses in an amount in excess of $75,000, but not yet fully ascertained, and which will be further determined according to proof.  In addition to Microsoft's actual damages, Microsoft is entitled to receive any profits made by defendants from their wrongful acts pursuant to 17 U.S.C. § 504.  In the alternative, Microsoft is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), which should be enhanced in accordance with 17 U.S.C. § 504(c)(2) due to defendants' willful conduct.

47.     Microsoft has no adequate remedy at law for defendants' wrongful conduct in that: (1) Microsoft's copyrights are unique and valuable properties that have no readily determinable market value; (2) the infringement by defendants constitutes interference with Microsoft's goodwill and customer relations; and (3) defendants' wrongful conduct and the damage resulting therefrom is continuing.  Microsoft is entitled therefore to injunctive relief and an order freezing the domain names listed in Exhibit 12 pursuant to 17 U.S.C. § 502, and an order impounding all infringing materials pursuant to 17 U.S.C. §§ 503 and 509(a).

48.     Microsoft is also entitled to recover its attorney's fees and costs pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

### Breach of Contract

### (Shahnawaz, Certification Trendz and Nominal Defendant Lundberg)

49.     Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 48 above.

COMPLAINT – Page 14

YARMUTH WILSON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

50.     Microsoft and defendants entered into a written contract referred to as the Settlement Agreement that among other things resulted in a dismissal of the prior litigation.

51.     The Settlement Agreement is a valid and enforceable contract and, by its terms, is to be construed and controlled by Washington law.

52.     Microsoft has performed its obligations under the Settlement Agreement.

53.     On the dates and under the circumstances set forth above, defendants have breached their obligations under the Settlement Agreement.  Defendants' breaches are material and have not been cured by them.

54.     As a direct result of defendants' breaches of the Settlement Agreement, Microsoft has suffered damages and other harm.

55.     Microsoft has suffered and will continue to suffer, substantial and irreparable damage to its business reputation and goodwill, as well as losses in an amount in excess of $75,000, but not yet fully ascertained, and which will be further determined according to proof.

56.     Microsoft has no adequate remedy at law for defendants' wrongful conduct in that: (1) Microsoft's copyrights are unique and valuable properties that have no readily determinable market value; (2) the infringement by defendants constitutes interference with Microsoft's goodwill and customer relations; and (3) defendants' wrongful conduct and the damage resulting therefrom is continuing.  Microsoft is entitled therefore to injunctive relief and specific performance of the contractual remedies authorized in the parties' Settlement Agreement, including an order directing nominal defendant Lundberg and others to immediately transfer to Microsoft the domain names listed in Exhibit 12 and any other domain names used by defendants in breach of the Settlement Agreement.

57.     Microsoft is also entitled to recover its attorney's fees and costs pursuant to the parties' Settlement Agreement.

COMPLAINT – Page 15

### **PRAYER FOR RELIEF**

WHEREFORE, Microsoft respectfully requests judgment against defendants as follows:

(1)     That the Court enter a judgment finding that defendants have willfully infringed Microsoft's federally registered copyrights, in violation of 17 U.S.C. § 501, including but not limited to the following:

      a.     TX 6-895-522 (Microsoft Exam 70-236);

      b.     TX 5-790-349 (Microsoft Exam 70-270);

      c.     TX 5-822-904 (Microsoft Exam 70-290);

      d.     TX 5-822-902 (Microsoft Exam 70-291);

      e.     TX 5-822-900 (Microsoft Exam 70-293);

      f.     TX 5-822-903 (Microsoft Exam 70-294);

      g.     TX 6-309-888 (Microsoft Exam 70-431);

      h.     TX 6-311-496 (Microsoft Exam 70-443);

      i.     TX 6-399-396 (Microsoft Exam 70-528);

      j.     TX 6-599-533 (Microsoft Exam 70-620); and

      k.     TX 6-596-099 (Microsoft Exam 70-622).

(2)     That the Court issue temporary, preliminary and/or permanent injunctive relief against defendants, and that defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with defendants including nominal defendant Lundberg, be enjoined and restrained from:

      (a)     imitating, copying, or making any other infringing use or infringing distribution of any Microsoft Certification Exams or variations thereof;

      (b)     using reproductions, counterfeits, copies, or colorable imitations of Microsoft's copyrighted Certification Exams or variations thereof;

COMPLAINT – Page 16

1              (c)      transferring any of the domain names listed in Exhibit 12 and any

2   other domain names used by defendants in breach of the Settlement Agreement; and

3              (d)      assisting, aiding or abetting any other person or business entity in

4   engaging or performing any of the activities referred to in subparagraphs (a) through

5   (c) above.

6        (3)     That the Court enter an order pursuant to 17 U.S.C. §§ 503 and 509(a), and

7   28 U.S.C. § 1651(a), impounding all infringing copies of Microsoft Certification Exams or

8   infringing elements thereof, the domain names listed in Exhibit 12, and any other related

9   items, including business records which are in defendants' possession, custody or control.

10        (4)     That the Court enter an order directing specific performance of the

11   contractual remedies authorized in the parties' Settlement Agreement, including an order

12   directing nominal defendant Lundberg and others to immediately transfer to Microsoft the

13   domain names listed in Exhibit 12 and any other domain names used by defendants in

14   breach of the Settlement Agreement.

15        (5)     That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that

16   defendants hold in trust, as constructive trustee for the benefit of Microsoft, all profits

17   received by defendants from reproducing or distributing infringing copies of Microsoft

18   Certification Exams; requiring defendants to provide Microsoft with a full and complete

19   accounting of all amounts due and owing to Microsoft as a result of defendants' infringing

20   activities; and issuing temporary, preliminary and permanent injunctive relief enjoining and

21   restraining defendants and their agents from transferring, concealing or dissipating any

22   profits and assets acquired in whole or in part with those profits.

23        (6)     That the Court enter an order instructing defendants, jointly and severally, to

24   pay Microsoft's general, special, actual and statutory damages, including but not limited to:

25              (a)      Microsoft's damages and defendants' profits pursuant to 17 U.S.C.

26   § 504(b);

COMPLAINT – Page 17

1     (b)     enhanced statutory damages for defendants' willful infringements of

2     Microsoft's copyrights pursant to 17 U.S.C. §§ 504(c) and 504(c)(2); and

3     (c)     Microsoft's compensatory, consequential, and/or restitutionary

4     damages, in an amount to be proven at trial.

5     (7)     That the Court order defendants to pay Microsoft the cost of this action and

6     reasonable attorney's fees incurred by Microsoft in prosecuting this action.

7     (8)     That the Court grant Microsoft such additional and further relief as is just

8     and proper.

9     DATED this 29th day of October, 2010.

10

11     **YARMUTH WILSDON CALFO PLLC**

12     By /s/ *John H. Jamnback*

13     Scott T. Wilson, WSBA No. 20608

          John H. Jamnback, WSBA No. 29872

14     Jeremy E. Roller, WSBA No. 32021

15     818 Stewart Street, Suite 1400

          Seattle, WA  98101

16     Phone: 206.516.3800

          Fax: 206.516.3888

17     Email: wilsdon@yarmuth.com

                jjamnback@yarmuth.com

18                 jroller@yarmuth.com

19     Attorneys for Plaintiff Microsoft Corporation

20

21

22

23

24

25

26

COMPLAINT – Page 18

425.44 kj290401 10/29/10

## EXHIBITS TO COMPLAINT

### *Microsoft Corp. v. Shahzad Shahnawaz, et al.*

| Exh. No. | Description |
|---|---|
| 1 | Copyright Registration No. TX 6-895-522: "Microsoft Exam No. 70-236 - TS: Exchange Server 2007, Configuring – Second Edition" |
| 2 | Copyright Registration No. TX 5-790-349: "Microsoft Exam No. 70-270 - Installing, Configuring, and Administering Microsoft Windows XP Professional" |
| 3 | Copyright Registration No. TX 5-822-904: "Microsoft Exam No. 70-290 - Managing and Maintaining a Microsoft Windows Server 2003 Environment" |
| 4 | Copyright Registration No. TX 5-822-902: "Microsoft Exam No. 70-291 - Implementing, Managing and Maintaining a Microsoft Server 2003 Network Infrastructure" |
| 5 | Copyright Registration No. TX 5-822-900: "Microsoft Exam No. 70-293 - Planning and Maintaining a Microsoft Windows Server 2003 Network Infrastructure" |
| 6 | Copyright Registration No. TX 5-822-903: "Microsoft Exam No. 70-294 - Planning, Implementing and Maintaining a Microsoft Windows Server 2003 Active Directory Infrastructure" |
| 7 | Copyright Registration No. TX 6-309-888: "Microsoft Exam No. 70-431 - TS: Microsoft SQL Server 2005 – Implementation and Maintenance" |
| 8 | Copyright Registration No. TX 6-311-496: "Microsoft Exam No. 70-443 - PRO: Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005" |
| 9 | Copyright Registration No. TX 6-399-396: "Microsoft Exam No. 70-528 - TS: Microsoft NET Framework 2.0 – Web-based Client Development" |
| 10 | Copyright Registration No. TX 6-599-533: "Microsoft Exam No. 70-620 - TS: Microsoft Windows Vista, Configuring" |
| 11 | Copyright Registration No. TX 6-596-099: "Microsoft Exam No. 70-622 - Pro: Microsoft Desktop Support – Enterprise" |
| 12 | List of Domain Names |

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-895-522

**Effective date of registration:**

December 11, 2008

---

## Title

**Title of Work:** Exam 70-236: TS: Exchange Server 2007, Configuring - Second Edition

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 13, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** Entire text

**Work made for hire:** Yes

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

Legal and Corporate Affairs, One Microsoft Way, Redmond, WA, 98052

## Limitation of copyright claim

**Material excluded from this claim:** Previous edition

**Previously registered:** Yes

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Additional written text and editorial revisions

## Certification

**Name:** Judy K.K. Weston

**Date:** December 4, 2008

Page 1 of 1

# EXHIBIT 2

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 5-790-349**

EFFECTIVE DATE OF REGISTRATION

**OCT 01 2003**

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

Microsoft Exam 70 270  Installing  Configuring  and Administering Microsoft Windows XP Professional

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared        Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

OR { AUTHOR S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is Yes  see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work  computer software program, documentation & text on product packaging

**b** NAME OF AUTHOR ▼

ENTIRE TEXT

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

OR { AUTHOR S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

OR { AUTHOR S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2002      Year  in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ March      Day ▶ 04      Year ▶ 2002
ONLY if this work has been published        U S A        ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼  Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
OCT 01 2003
ONE DEPOSIT RECEIVED
OCT 01 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶        Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE

\*Amended by C O authority per telephone conversation
of Oct 1, 2003 with Judy Weston

| | |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
**a** Name ▼                                          Account Number ▼

Microsoft Corporation                          DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
**b**
Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶   ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☒ authorized agent of  Microsoft Corporation

of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K  Weston                                          Date ▶ 9 29 03

☞  Handwritten signature (X) ▼

X _____

**8**

The filing fee of $20 00 is effective through June 30  1999  After that date  please write the Copyright Office
check the Copyright Office Website at http  www for gov copyright  or call (202) 707 3000 for the latest fee information

**9**

Mail
certificate
to

| Name ▼ | Microsoft Corporation  ATTN  Judy Weston<br>Law and Corporate Affairs |
|---|---|
| Number/Street/Apt ▼ | One Microsoft Way |
| City/State/ZIP ▼ | Redmond  WA 98052 |

Certificate
will be
mailed in
window
envelope

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
  payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

88

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

December 1998—55 000          ✿ PRINTED ON RECYCLED PAPER          ✿U S  GOVERNMENT PRINTING OFFICE  1998-454-879/80 050

# EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-822-904**

TX5822904

EFFECTIVE DATE OF REGISTRATION

10    15    03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Exam 70-290  Managing and Maintaining a Microsoft Windows Server 2003 Environment

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**  **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**NOTE**

Under the law, the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2003 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 14   Year ▶ 2003
U S A ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
10/15/03
ONE DEPOSIT RECEIVED
10/15/03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes,  give  **Previous Registration Number** ▼ _____   **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a** _____

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b** _____

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                                    Account Number ▼

**a**  Microsoft Corporation                      DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104         Fax number ▶ (425) 936 7329
Email ▶ judywe@microsoft com

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K  Weston                                         Date ▶

Handwritten signature (X) ▼

X _____

**8**

~~The filing fee of $20.00 is effective through June 30  1999  After that date  please write the Copyright Office  check the Copyright Office Website at http://www.lcc.gov/copyright or call (202) 707-3000 for the rate at that information~~

| Mail certificate to | Name ▼ Microsoft Corporation  ATTN  Judy Weston Law and Corporate Affairs | YOU MUST Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ One Microsoft Way | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyright 3 Deposit material |
| | City/State/ZIP ▼ Redmond  WA 98052 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue  S.E. Washington, D C  20559-6000 |

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

December 1996—55 000              ✪ PRINTED ON RECYCLED PAPER              ✰U S  GOVERNMENT PRINTING OFFICE  1996-454-879/60 050

# EXHIBIT 4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R **TX 5-822-902**

TXS822902

**EFFECTIVE DATE OF REGISTRATION**

10 15 03
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▼**
Microsoft Exam 70-291 Implementing Managing and Maintaining a Microsoft Windows Server 2003 Network Infrastructure

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**
**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY in all cases.
2003 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 14   Year ▶ 2003
U.S.A. ◀ Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
10/15/03
**ONE DEPOSIT RECEIVED**
10/15/03
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

|  | EXAMINED BY | FORM TX |
|--|--|--|
|  | CHECKED BY | |
|  | ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No · If your answer is "Yes "  why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work  as shown by space 6 on this application.

If your answer is "Yes," give  Previous Registration Number ▼ · · · · · · Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

a  Name ▼                                                    Account Number ▼

Microsoft Corporation                                  DAO63819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b  Microsoft Corporation  ATTN  Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104            Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K. Weston                                                         Date ▶

Handwritten signature (X) ▼

X _____

The filing fee of $20 00 is effective through June 30  1999. After that date  please write the Copyright Office  check the Copyright Office Website  at http://www.lcc  mv  copyright  for call (202) 707 3000 for fee information see signature

| Mail<br>certificate<br>to<br><br>Certificate<br>will be<br>mailed in<br>window<br>envelope | Name ▼<br>Microsoft Corporation  ATTN  Judy Weston<br>Law and Corporate Affairs<br><br>Number/Street/Apt ▼<br>One Microsoft Way<br><br>City/State/ZIP ▼<br>Redmond  WA 98052 | Complete all necessary spaces<br>Sign your application in space 8<br><br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1  Application form<br>2  Nonrefundable filing fee in check or money order<br>payable to Register of Copyrights<br>3  Deposit material<br><br>MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S.E.<br>Washington, D.C  20559-6000 |

**9**

17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

December 1998—65 000           ♻ PRINTED ON RECYCLED PAPER                   ☆U S  GOVERNMENT PRINTING OFFICE  1998-454-879/80 050

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-822-900**

TX5822900

EFFECTIVE DATE OF REGISTRATION

10  15  03

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼

Microsoft Exam 70-293  Planning and Maintaining a Microsoft Windows Server 2003 Network Infrastructure

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**
**a** NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 28   Year ▶ 2003
USA ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
10/15/03
ONE DEPOSIT RECEIVED
10/15/03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.        Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

| | |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  "Yes"  why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes,  give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**b**  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

Name ▼                                                                    Account Number ▼

**a**    Microsoft Corporation                      DA0063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**    Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶  (425) 706-9104          Fax number ▶  (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ if this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K Weston                                                          Date ▶

Handwritten signature (X) ▼

X _____

**8**

The filing fee of $20 00  ... by  ... through June 30  1999  After that date, please write the Copyright Office
check the Copyright Office Website at http  www loc gov copyright  or call (202) 707-3000 to  ... the late of fee information

| Mail<br>certificate<br>to | Name ▼  Microsoft Corporation  ATTN  Judy Weston<br>Law and Corporate Affairs |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼  One Microsoft Way |
| | City/State/ZIP ▼  Redmond  WA 98052 |

Complete all necessary spaces.
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

December 1998—55 000                    ♻ PRINTED ON RECYCLED PAPER                    ☆ U S  GOVERNMENT PRINTING OFFICE  1998-454-879/80 050

# EXHIBIT 6

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
R
**TX 5-822-903**

TX5822903

EFFECTIVE DATE OF REGISTRATION

10  15  03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
Microsoft Exam 70-294  Planning  Implementing  and Maintaining a Microsoft Windows Server 2003 Active Directory Infrastructure

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼   Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 28   Year ▶ 2003
U S A   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space

APPLICATION RECEIVED
10/15/03
ONE DEPOSIT RECEIVED
10/15/03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____        FORM TX

CHECKED BY _____

☐ CORRESPONDENCE                FOR
  Yes                          COPYRIGHT
                               OFFICE
                               USE
                               ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No · If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

**a** Name ▼                              Account Number ▼

Microsoft Corporation                     DAO63819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104        Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K  Weston                                       Date ▶

Handwritten signature (X) ▼

X _____

The charge for ... fee is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http  www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail
certificate
to**

Name ▼   Microsoft Corporation  ATTN  Judy Weston
         Law and Corporate Affairs

Number/Street/Apt ▼
         One Microsoft Way

City/State/ZIP ▼
         Redmond  WA 98052

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3  Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2,500

December 1996—55 000        ♻ PRINTED ON RECYCLED PAPER        ☆U S  GOVERNMENT PRINTING OFFICE  1996-454-879/80 050

# EXHIBIT 7

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-309-888**



| (TX) | TXU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

FEB     08     2006

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Exam 70-431: TS: Microsoft® SQL Server™ 2005 - Implementation and Maintenance

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005     ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ November     Day ▶ 22     Year ▶ 2005
Nation ▶ U.S.A.     ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 0 8 2006
ONE DEPOSIT RECEIVED
FEB 0 8 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | FORM TX |
| --- | --- |
| CHECKED BY | |

☐ CORRESPONDENCE
☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**a**  Microsoft Corporation              DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104      Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                          Date ▶ 1.09.06

Handwritten signature (X) ▼
X

**8**

**Mail certificate to:**

Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond, WA 98052

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1996—65,000          ♻ PRINTED ON RECYCLED PAPER          ✯U.S. GOVERNMENT PRINTING OFFICE: 1996-454-879/60,050

Complaint, Exhibit 7, Page 38

# EXHIBIT 8

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-311-496**



EFFECTIVE DATE OF REGISTRATION

*2-8-06*

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Exam 70-443: PRO: Designing a Database Server Infrastructure by Using Microsoft® SQL Server™ 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 05   Year ▶ 2005
U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 0 8 2006**
ONE DEPOSIT RECEIVED
**FEB 0 8 2006**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

# EXHIBIT 9

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE



**TX 6—399—396**



TX0006399396

**EFFECTIVE DATE OF REGISTRATION**

Feb 8, 2006
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Exam 70-528 TS Microsoft® .NET Framework 2 0 - Web-based Client Development

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared        Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 07    Year ▶ 2005
Nation ▶ U.S.A.        ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 0 8 2006
**ONE DEPOSIT RECEIVED**
FEB 0 8 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

| | |
|---|---|
| EXAMINED BY _TMS_ | FORM TX |
| CHECKED BY | |
| ☑ CORRESPONDENCE<br>☑ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work. as shown by space 6 on this application
If your answer is  Yes,  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
**a** Name ▼                                    Account Number ▼
Microsoft Corporation                         DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
**b** Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft com

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Judy K K  Weston                                          Date ▶ 1  19  06
Handwritten signature (X) ▼
☞ X _Judy K K Weston_

| | | |
|---|---|---|
| Mail<br>certificate<br>to<br><br>Certificate<br>will be<br>mailed in<br>window<br>envelope | Name ▼  Microsoft Corporation  ATTN  Judy Weston<br>Law and Corporate Affairs<br>Number/Street/Apt ▼<br>One Microsoft Way<br>City/State/ZIP ▼<br>Redmond  WA 98052 | Complete all necessary spaces<br>Sign your application in space 8<br><br>1 Application form<br>2 Nonrefundable filing fee in check or money order<br>payable to Register of Copyrights<br>3 Deposit material<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington, D C  20559-6000 |

**9**

17 U S C  § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application  shall be fined not more than $2,500
December 1996—65 000          ♻ PRINTED ON RECYCLED PAPER          *U S  GOVERNMENT PRINTING OFFICE 1996-454-879/90 060

# EXHIBIT 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-599-533**



EFFECTIVE DATE OF REGISTRATION

Jan 23 2007

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

Exam 70-620  TS  Microsoft Windows Vista, Configuring

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection, give information about the
collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼          Number ▼                    Issue Date ▼              On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**

Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?       ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**  This information
                       must be given
2006    ◀ Year  in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ January     Day ▶ 1     Year ▶ 2007
ONLY if this work
has been published.                              U.S.A.                    ◀ Nation

---

**4**

See instructions
before completing
this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2 ▼    Microsoft Corporation
          Legal and Corporate Affairs
          One Microsoft Way
          Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 3 2007
ONE DEPOSIT RECEIVED
JAN 2 3 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-8) on the reverse side of this page
                     See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

*  Amended by C.O authority
per telephone conversation
of Aug. 2, 2007 With Maria
Dellett of microsoft corp.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes"  why is another registration being sought? (Check appropriate box) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant.

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

_____

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

_____

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a** Name ▼  Microsoft Corporation                     Account Number ▼  DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation, ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K  Weston                                       Date ▶  1  15  07

Handwritten signature (X) ▼

X _____

**8**

**9**

Mail
certificate
to

Certificate
will be
mailed in
window
envelope

Name ▼  Microsoft Corporation, ATTN  Judy Weston
         Legal and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3  Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

December 1998—55 000          ⟳ PRINTED ON RECYCLED PAPER                                    ☆U S  GOVERNMENT PRINTING OFFICE  1998-454 879/80 050

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TX 6-596-099**

EFFECTIVE DATE OF REGISTRATION

**JUN 2 8 2007**

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Exam 70-622 Pro: Microsoft Desktop Support - ENTERPRISE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2007   ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 15   Year ▶ 2007
U.S.A.   ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

APPLICATION RECEIVED
**JUN 2 8 2007**
ONE DEPOSIT RECEIVED
**JUN 2 8 2007**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE   Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ Microsoft Corporation          Account Number ▼ DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b** Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                    Date ▶ 6.25.07

Handwritten signature (X) ▼
X

**8**

| Mail certificate to: | Name ▼ Microsoft Corporation, ATTN: Judy Weston   Legal and Corporate Affairs | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ One Microsoft Way | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Redmond, WA 98052 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—55,000          ♻ PRINTED ON RECYCLED PAPER          ✦U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

# EXHIBIT 12

| Domain |
|---|
| 123cert.com |
| actual-exams.com |
| actualtests.net |
| audioexam.com |
| braindumpcentral.com |
| braindumps.com |
| braindumps.net |
| braindumps-central.com |
| braindumps-paper.com |
| braindumps-search.com |
| braindumps-tutorial.com |
| braindumpsinfo.com |
| braindumpsmail.com |
| ccnatoday.com |
| certguide.com |
| certheaven.com |
| certhq.com |
| certificationheaven.com |
| certification-offer.com |
| certification-online-program.com |
| certification-paper.com |
| certification-portal.com |
| certification-tutorials.com |
| certificationsuccess.com |
| certificationtodaynetwork.com |
| certifyexpress.com |
| certlibrary.com |
| certyourself.com |
| certyourself.net |
| chezjobs.com |
| ciscobraindumps.com |
| cram4exams.com |
| exact-exams.com |
| exactquestions.com |
| examcrams.com |
| exam-sheets.com |
| goweblog.com |
| industrygeeks.com |
| mcdbatoday.com |
| mcsdtoday.com |
| mcsebraindumps.com |
| mcse-certification-braindumps.com |
| mcseguide.com |
| mcsetoday.com |
| microsoft-braindumps.com |
| microsoft-training-exam.com |

| |
|---|
| nerdom.com |
| networkdesigner.net |
| only-braindumps.com |
| only-certification.com |
| perfect-braindumps.com |
| perfectseo.com |
| questions-central.com |
| real-exams.com |
| studyguide-testking.com |
| tech-articles.com |
| tech-resource.org |
| tech-script.com |
| testking.com |
| testking.biz |
| testking.net |
| testkingaudio.com |
| testkinglabs.com |
| testkingstudyguides.com |
| thehostingguru.com |
| tophostslist.com |
| training-test-paper.com |
| true-exams.com |
| zenscripts.com |
| zenseochat.com |